## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

KEITH BARTELLI,

    Petitioner

    v.

JEFFERY A. BEARD, EDGAR KNEISS,
JAMES MCGRADY, ANGELA AUMAN,
DR. ARENDA, DR. BOHINSKI, DR.
OLGA, DR. STANISH, PATRICIA
GINOCHETTE, WALTER KOSS, LT. P.
BLIECH, LT. MARCIN , JILL MORAN, RN
LEAH, RN MURDOCK, SGT. MOISER,
SGT. STARZINSKI, CHERYL
WIENEWSKI, JAMES WYNDER,

    Respondents

: No. 82 MM 2015
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## **ORDER**

**PER CURIAM**

  **AND NOW**, this 22nd day of July, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus and/or Extraordinary Relief is **GRANTED** to the extent that it seeks mandamus relief.  The common pleas court is **DIRECTED** to dispose of Petitioner's pending action within 90 days.